| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: <br> NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Thassos, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3410760** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **1 Walker Ave.** <br> **Clarendon Hills, IL 60514** <br> Number, Street, City, State & ZIP Code <br><br> **DuPage** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.thassosgreekrestaurant.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Thassos, Inc.** _____ Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Thassos, Inc.** Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **Thassos, Inc.**
Name

Case number (*if known*)

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | **Thassos, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 27, 2025**
MM / DD / YYYY

**X** **/s/ Nikolaos Fatouros**                    **Nikolaos Fatouros**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ Konstantine Sparagis**                    Date **May 27, 2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Konstantine Sparagis 6256702**
Printed name

**Law Offices Of Konstantine Sparagis**
Firm name

**900 W. Jackson Blvd.**
**Ste. 4E**
**Chicago, IL 60607**
Number, Street, City, State & ZIP Code

Contact phone  **312.753.6956**        Email address  **gus@atbankruptcy.com**

**6256702 IL**
Bar number and State

Debtor **Thassos, Inc.**
Name

Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 22, 2025**
MM / DD / YYYY

X _/s/ N. Fatouros_   **Nikolaos Fatouros**
Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**

X   /s/ Konstantine Sparagis
Signature of attorney for debtor

Date **May 22, 2025**
MM / DD / YYYY

**Konstantine Sparagis 6256702**
Printed name

**Law Offices Of Konstantine Sparagis**
Firm name

**900 W. Jackson Blvd.**
**Ste. 4E**
**Chicago, IL 60607**
Number, Street, City, State & ZIP Code

Contact phone  **312.753.6956**   Email address   **gus@atbankruptcy.com**

**6256702 IL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Thassos, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **1 Walker Ave LLC c/o George Lattas 3600 W Irving Park Rd., 2nd Fl Chicago, IL 60618** | | **Secured Loan** | | $22,000.00 | $0.00 | $22,000.00 |
| **Amsterdam Group, Inc. 150 Worth Ave, Suite 224 Palm Beach, FL 33480** | | **Merchant Credit Agreement** | **Contingent Unliquidated Disputed** | | | $60,000.00 |
| **Family Funding Group, LLC 1021 38th St. Brooklyn, NY 11219** | | **Merchant Credit Agreement** | **Contingent Unliquidated Disputed** | | | $9,000.00 |
| **Forest Capital Group, LLC 2 University Plaza Dr., Ste. 211 Hackensack, NJ 07601** | | **Merchant Credit Agreement** | **Contingent Unliquidated Disputed** | | | $46,500.00 |
| **Fresh Express 1109 Lake St, Streamwood Streamwood, IL 60107** | | **Vendor/Supplier** | | | | $10,357.00 |
| **Fulton Market Chicago 4501 W Ann Lurie Pl. Chicago, IL 60607** | | **Vendor/Supplier** | | | | $9,251.00 |
| **Fundbox 5760 Legacy Dr, Ste B3-535 Plano, TX 75024** | | **Line of Credit** | | | | $75,000.00 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Debtor **Thassos, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Illinois Department of Revenue Bankruptcy Unit PO Box 19035 Springfield, IL 62794** | | **Sales Taxes** | | | | **Unknown** |
| **Illinois Department of Revenue Bankruptcy Unit PO Box 19035 Springfield, IL 62794** | | **Payroll Taxes** | | | | **Unknown** |
| **Internal Revenue Service US Attorney/Civil Process Clerk 219 S Dearborn St., Rm. 500 Chicago, IL 60604** | | **Payroll Taxes - 941** | | | | **Unknown** |
| **Lakeside Funding Group 1202 Avenue U Ste 1179 Brooklyn, NY 11229** | | **Merchant Credit Agreement** | **Contingent Unliquidated Disputed** | | | **$8,000.00** |
| **LCF Group 3000 Marcus Ave, Suite 2W15 New Hyde Park, NY 11042** | | **Merchant Credit Agreement** | **Contingent Unliquidated Disputed** | | | **$32,000.00** |
| **Mario Espinosa Olguin c/o Tim Nolan 53 W Jackson Blvd., Ste. 1137 Chicago, IL 60604** | | **Settlement Amount** | | | | **$22,000.00** |
| **Merit Business Funding 9 Old Lincoln Hwy. Malvern, PA 19355** | | **Merchant Credit Agreement** | **Contingent Unliquidated Disputed** | | | **$96,000.00** |
| **Newtek 1981 Marcus Avenue, Suite 130 Lake Success, NY 11042** | | **SBA Loan** | | **$390,661.00** | **$0.00** | **$390,661.00** |
| **Rocket Capital NY LLC 1250 E Hallandale Beach Blvd Ste. 505 Hallandale, FL 33009** | | **Merchant Credit Agreement** | **Contingent Unliquidated Disputed** | | | **$57,000.00** |

| Debtor | **Thassos, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Seamless Funding LLC**<br>**2001 Hollywood Blvd.**<br>**Hollywood, FL 33020** | | **Merchant Credit Agreement** | **Contingent Unliquidated Disputed** | | | $36,000.00 |
| **Silverliine Services, Inc.**<br>**1251 Diamond Valley Dr**<br>**Windsor, CO 80550** | | **Merchant Credit Agreement** | **Contingent Unliquidated Disputed** | | | $60,000.00 |
| **Small Business Administration**<br>**332 S. Michigan Avenue, Suite 600**<br>**Chicago, IL 60604** | | **EIDL Loan** | | $500,000.00 | $0.00 | $500,000.00 |
| **Steven A Shonder**<br>**33 N LaSalle St., Ste. 2000**<br>**Chicago, IL 60602** | | **Attorneys Fees** | | | | $8,300.00 |

1 Walker Ave LLC
c/o George Lattas
3600 W Irving Park Rd., 2nd Fl
Chicago, IL 60618


Amsterdam Group, Inc.
150 Worth Ave, Suite 224
Palm Beach, FL 33480


APP Funding Beta, LLC
29 W 36th St.
New York, NY 10018


Breakthrough Beverage
3333 S Laramie Ave
Cicero, IL 60804


Cosmopolitan Linen
4508 West 46th Street
Chicago, IL 60632


Cosmopolitan Linen
4508 West 46th Street
Chicago, IL 60632


Family Funding Group, LLC
1021 38th St.
Brooklyn, NY 11219


Forest Capital Group, LLC
2 University Plaza Dr., Ste. 211
Hackensack, NJ 07601


Fresh Express
1109 Lake St, Streamwood
Streamwood, IL 60107


Fulton Market Chicago
4501 W Ann Lurie Pl.
Chicago, IL 60607


Fundbox
5760 Legacy Dr, Ste B3-535
Plano, TX 75024

Fundbox
300 Montgomery Street STE 900
San Francisco, CA 94144


Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794


Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794


Illinois Dept of Employment Securit
PO Box 4385
Chicago, IL 60680


Internal Revenue Service
US Attorney/Civil Process Clerk
219 S Dearborn St., Rm. 500
Chicago, IL 60604


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


JB Walton Properties, LLC
8 Arden Ct.
Oak Brook, IL 60523


Lakeside Funding Group
1202 Avenue U Ste 1179
Brooklyn, NY 11229


LCF Group
3000 Marcus Ave, Suite 2W15
New Hyde Park, NY 11042


Mario Espinosa Olguin
c/o Tim Nolan
53 W Jackson Blvd., Ste. 1137
Chicago, IL 60604

Merit Business Funding
9 Old Lincoln Hwy.
Malvern, PA 19355


Nea Agora
1056 W Taylor St.
Chicago, IL 60607


Newtek
1981 Marcus Avenue, Suite 130
Lake Success, NY 11042


Rocket Capital NY LLC
1250 E Hallandale Beach Blvd
Ste. 505
Hallandale, FL 33009


Seamless Funding LLC
2001 Hollywood Blvd.
Hollywood, FL 33020


Seamless Funding LLC
1608 Ocean Parkway, Suite 2A
Brooklyn, NY 11230


Silverliine Services, Inc.
1251 Diamond Valley Dr
Windsor, CO 80550


Small Business Administration
332 S. Michigan Avenue, Suite 600
Chicago, IL 60604


Southern Wine and Spirits
300 E Crossroads Pkwy
Bolingbrook, IL 60440


Steven A Shonder
33 N LaSalle St., Ste. 2000
Chicago, IL 60602


Supreme Lobster
220 North Ave
Villa Park, IL 60181

```
US Small Business Administration
2 NORTH STREET, SUITE 320
Birmingham, AL 35203
```

# United States Bankruptcy Court
## Northern District of Illinois

In re **Thassos, Inc.**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Thassos, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 27, 2025**
Date

**/s/ Konstantine Sparagis**
**Konstantine Sparagis 6256702**
Signature of Attorney or Litigant
Counsel for **Thassos, Inc.**
**Law Offices Of Konstantine Sparagis**
**900 W. Jackson Blvd.**
**Ste. 4E**
**Chicago, IL 60607**
**312.753.6956 Fax:866.333.1840**
**gus@atbankruptcy.com**